1  William S. Kronenberg - 133730
   Michael Kvyat – 2923132
2  KRONENBERG LAW PC
   1 Kaiser Plaza, Suite 1675
3  Oakland, CA  94612-3699
   Tel:  (510) 254-6767
4  Fax:  (510) 788-4092
   wkronenberg@krolaw.com
5  mkvyat@krolaw.com

6  Attorneys for Defendant
   SIXT RENT A CAR, LLC

7

                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  RICHARD GIBBONS,                    Case No.:

11          Plaintiff,                   **NOTICE OF REMOVAL OF ACTION
                                         UNDER 28 U.S.C § 1441(B) DIVERSITY
12  v.                                   BY DEFENDANT SIXT RENT A CAR,
                                         LLC**
13  SUN MINGCHEN; SIXT RENT A CAR, LLC;
    and DOES 1-20, inclusive,            [Filed concurrently with Civil Cover Sheet,
14                                       Notice of Interested Parties, and Statement of
            Defendants.                  Information (Limited Liability Company)]
15

16

17  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

18          Please take notice that, pursuant to 28 U.S.C §§ 1332, 1441, and 1446, Defendant, Sixt Rent a

19  Car, LLC ("Sixt") hereby removes this civil action from the Superior Court of California for the

20  County of Mono, where it is currently pending as Case No. CV190050, to the United States District

21  Court for the Eastern District of California.

22          This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) on the grounds

23  that complete diversity exists between all parties and the amount in controversy exceeds the sum of

24  $75,000.00, exclusive of interest and costs. Plaintiff, Richard Gibbons is a resident, citizen, and

25  domiciliary of the State of California. Defendant Mingchen Sun is a resident, citizen, and domiciliary

26  of the People's Republic of China. Finally, defendant Sixt is a Delaware limited liability company

27  with its principal place of business in the State of Florida.

28  ///

                                        - 1 -

## I.   BACKGROUND

On April 12, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Mono, entitled *Richard Gibbons v. Sun Mingchen; Sixt Rent A Car, LLC.; and Does 1-20, inclusive*, as Case Number CV190050. Personal service of the Summons and Complaint was made on Sixt on May 23, 2019. A copy of the personally served Summons and Complaint is attached hereto as *Exhibit "A."* To date, it is believed that service has not been made on defendant Mingchen Sun.

In his complaint, Plaintiff alleges two causes of actions: negligence against Mingchen Sun and motor vehicle liability against Sixt. Plaintiff seeks general and special damages according to proof, medical and incidental expenses, loss of earnings, property damages, costs of suit, prejudgment interest, and any other relief the court deems proper. Plaintiff's complaint did not specify the total amount sought, however, plaintiff has made demands by email for each defendant's policy limits on November 16, 2018, February 27, 2019, and May 21, 2019. Copies of these demand emails are enclosed hereto as *Exhibit "B."* Defendants' insurer, Nationwide Insurance Co. ("Nationwide") has policy limits of $30,000.00 for defendant Sixt and $1,000,000.00 for defendant Mingchen Sun. A copy of these policies is enclosed as *Exhibit "C."*

## II.   GROUNDS FOR REMOVAL

As set forth more fully below, this Court has subject matter jurisdiction under 28 U.S.C. § 1332, which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value $75,000, exclusive of interests and costs, and is between … citizens of different States in which citizens or subjects of a foreign state are additional parties[.]"

**A. The Amount-In-Controversy Requirement is Satisfied.**

Subject matter jurisdiction may only be granted to a federal court when the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a). Where the complaint does not include a formal demand, the removing defendant has the burden of proof by preponderance of evidence to show the amount in controversy exceeds the amount mandated by § 1332(a). *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F. 3d 373, 376 (9th Cir. 1997). Where plaintiff has made an admission that

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(B) DIVERSITY BY DEFENDANT SIXT RENT A CAR, LLC

1  the amount in controversy exceeds the amount mandated by § 1332(a), the Court found this

2  sufficient proof of the amount in controversy required. *Id.*

3      Plaintiff did not include an *ad damnum* in his complaint. In the case at bar, plaintiff has made

4  multiple demands for remittance of Nationwide's policy limits. Between the two defendants,

5  Nationwide has policy limits of $1,030,000.00. As such, plaintiff has admitted that he values the

6  amount in controversy at least in the amount of $1,030,000.00, significantly more than the amount in

7  controversy requirement of § 1332(a) of $75,000.00. Thus, plaintiff, by and through his attorney,

8  admits that the amount in controversy in this claim exceeds $75,000.00.

9  **B.  Complete Diversity of Citizenship Exists Between Plaintiffs and All Defendants.**

10      To establish diversity jurisdiction, the moving party must establish complete diversity,

11  meaning that no defendant is the citizen of the same state as the plaintiff. *Owen Equip. & Erection*

12  *Co. v. Kroger*, 437 U.S. 365, 373-374 (1978). A corporation is a citizen of every state in which it is

13  incorporated and the state which it maintains its corporate headquarters. 28 U.S.C.S § 1332(c). A

14  non-incorporated entity is a citizen of each state where any member is a citizen. *Carden v. Arkoma*,

15  494 U.S. 185, 195-196 (1990). A Limited Liability Corporation is a citizen of all states in which its

16  members or investors are citizens. *Johnson v. Columbia Props. Anchorage LP* 437 F. 3d 894, 899

17  (9th Cir. 2006).

18      In paragraph 1 of his complaint, plaintiff alleges that he "was a resident of the County of San

19  Diego, State of California." Thus he has allege that he is a citizen and domiciliary of the State of

20  California. Nothing in the complaint, or other pleadings, suggests otherwise. Sixt, following a

21  diligent search of public records, is not aware of any residency, citizenship, or domiciliary by

22  plaintiff in Delaware, Florida, or the People's Republic of China.

23      In paragraph 2 of his complaint, plaintiff alleges that Mingchen Sun "was, and still is, a

24  resident of the City of Changchun, located in the People's Republic of China." Thus he alleges

25  herein that Mingchen Sun was a citizen and domiciliary of the People's Republic of China. Nothing

26  in the complaint, or other pleadings, suggests otherwise. Sixt, following a diligent search of public

27  records, is not aware of any residency, citizenship, or domiciliary by Mingchen Sun in California,

28  Florida, or Delaware.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(B) DIVERSITY BY DEFENDANT SIXT RENT A CAR, LLC

1   In paragraph 3 of his complaint, plaintiff alleges that Sixt "is a business incorporated under

2   the laws of the State of Florida and authorized to do business in the state of California." Plaintiff is

3   correct in that Sixt is authorized to do business in the state of California, since it filed a California

4   Secretary of State Statement of Information on January 3, 2018, attached hereto as *Exhibit "D."*

5   Pursuant to its filing with the state of California, Sixt is a limited liability company filed under the

6   laws of the state of Delaware. Further, Sixt lists Vincent Todd Sazera and Sebastian Birkel as its

7   members, both of whom reside in the State of Florida. Thus, Sixt, for purposes of diversity

8   jurisdiction, is a citizen and resident of the State of Florida. Following a diligent search of public

9   records, Sixt is not aware of any residency, citizenship, or domiciliary by Mr. Sazera or Mr. Birkel in

10  California or the People's Republic of China.

11  In paragraph 5 of his complaint, plaintiff also names Doe Defendants "1 through 20."

12  However, for purposes of removal, "the citizenship of defendants sued under fictious names shall be

13  disregarded." 28 U.S.C. §1441(b)(1). When determining diversity of citizenship, a court should only

14  consider named defendants. *Newcombe v. Adolf Coors, Co.*, 157 F. 3d 686, 690-691 (9th Cir. 1998).

15  As such, the inclusion of potential "Doe" defendants does not affect diversity of citizenship to

16  remove the case.

17  **C. The Removal Action is Timely**

18  To proceed with removal of a claim from State Court to Federal Court, a notice of removal of

19  civil action must be filed within 30 days of service of the Complaint. 28 U.S.C.S 1446(b). Removal

20  proceeding must be completed within one year of the initial filing of the complaint unless the Federal

21  District Court finds that the plaintiff acted in bad faith to prevent defendants from removing the

22  claim. 28 U.S.C.S. 1446(c).

23  The Complaint in the case at bar was filed on April 12, 2019 with the Superior Court of the

24  State of California in and for the County of Mono. Sixt was served with the summons and complaint

25  on May 23, 2019. Sixt is informed and believes that defendant Mingchen Sun has yet to be served.

26  Based on the foregoing, Notice of Removal is timely if filed on or before June 22, 2019 by Sixt, and

27  removal must be completed on or before April 11, 2020. As such, Sixt's Notice of Removal is

28  timely.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(B) DIVERSITY BY DEFENDANT SIXT RENT A CAR, LLC

III.   **CONCLUSION**

Based on the foregoing, removal of this action is proper and the District Court for the Eastern District of California has subject matter jurisdiction based on diversity of citizenship. The amount in controversy exceeds $75,000.00 based on plaintiff's demand for Nationwide to remit its policy limits. Pursuant to the current record, for purposes of diversity jurisdiction, plaintiff is a citizen of the State of California, Mingchen Sun is a citizen of the People's Republic of China, and Sixt, is a citizen of the State of Florida. As such, there is complete diversity of citizenship and the amount in controversy is satisfied.

Wherefore, based on the foregoing facts and allegation, Defendant Sixt respectfully requests that the matter be removed to from the Superior Court of California for the County of Mono to the District Court for the Eastern District of California based on diversity jurisdiction.

If any question arises as to the propriety of the removal of this action, Sixt respectfully requests the opportunity to submit briefing and oral argument, and to conduct discovery in support of its position that subject matter jurisdiction exists based on diversity of citizenship.

DATED: June 17, 2019

KRONENBERG LAW PC

By _____
William S. Kronenberg
Michael Kvyat
Attorneys for Defendant
SIXT RENT A CAR, LLC

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(B) DIVERSITY BY DEFENDANT SIXT RENT A CAR, LLC

**EXHIBIT A**



**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

---

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

Sixt Rent A Car, LLC                                                    05/24/2019
Legal Dept
Sixt Rent A Car, LLC
1501 NW 49th St
Fort Lauderdale   FL   33309

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Item: 2019-49

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Client Entity:** | Sixt Rent A Car, LLC |
| 2. | **Title of Action:** | Richard Gibbons vs. Sun Mingchen; et. al. |
| 3. | **Document(s) Served:** | Summons<br>Civil Case Cover Sheet<br>Plaintiff Richard Gibbon's Complaint for Damages<br>Notice of Filing Complaint |
| 4. | **Court/Agency:** | Mono County Superior Court |
| 5. | **State Served:** | California |
| 6. | **Case Number:** | CV190050 |
| 7. | **Case Type:** | Negligence/Damages |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Thursday 5/23/2019 |
| 10. | **Date To Client:** | Friday 5/24/2019 |
| 11. | **# Days When Answer Due:** 30<br>**Answer Due Date:** 06/22/2019 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **SOP Sender:**<br>(Name, City, State, and Phone Number) | The Ellis Firm, APLC<br>San Diego, CA<br>619-291-1235 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 051 |
| 16. | **Notes:** | Also Attached:<br>* Notice of Case Management Conference and Order |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

COPY

| | |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)* | **SUM-100** |

FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SUN MINGCHEN; SIXT RENT A CAR, LLC; and DOES 1-20,
inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
RICHARD GIBBONS

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Mono County Superior Court:<br>Mammoth Lakes Courthouse, 100 Thompsons Way, P.O.Box 1037,<br>Mammoth Lakes, CA 93546 | **CASE NUMBER:**<br>*(Número del Caso):*<br>CV190050 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brian C. Ellis, Esq. (SBN: 248298) 110 West C Street, Suite 2100, San Diego, CA 92101, (619) 291-1235

| | | |
|---|---|---|
| DATE:<br>*(Fecha)* | APR 1 2 2019 | Clerk, by _____, Deputy<br>*(Secretario)* TW *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**SEAL**

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify):  SIXT RENT A CAR, LLC

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☒ other (specify):  LLC
4. ☒ by personal delivery on (date):  5-23-19

| | | |
|---|---|---|
| Form Adapted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Page 1 of 1<br>Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

COPY

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Brian C. Ellis, Esq. (SBN: 248298)
The Ellis Firm, APLC
110 West C Street, Suite 1414
San Diego, CA 92101
TELEPHONE NO.: (619) 291-1235    FAX NO.: (619) 232-2116
ATTORNEY FOR (Name): Plaintiff Richard Gibbons

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Mono
STREET ADDRESS: 100 Thompsons Way
MAILING ADDRESS: PO Box 1037
CITY AND ZIP CODE: Mammoth Lakes, CA 93546
BRANCH NAME: Mammoth Lakes Courthouse

CASE NAME:
Gibbons v. Sun Mingchen, et.al.

**FILED**

APR 1 2 2019

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY:

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CV190050 |

JUDGE: MARK MAGIT
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[✓] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify):  1) Negligence and 2) Motor Vehicle Owner Liability
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 9, 2019
Brian C. Ellis, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability (*not asbestos or toxic/environmental*) (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      (*not medical or legal*)
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract (*not unlawful detainer or wrongful eviction*)
    Contract/Warranty Breach–Seller
      Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage (*not provisionally complex*) (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (*non-domestic relations*)
    Sister State Judgment
    Administrative Agency Award
      (*not unpaid taxes*)
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint (*not specified above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-harassment*)
    Mechanics Lien
    Other Commercial Complaint
      Case (*non-tort/non-complex*)
    Other Civil Complaint
      (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition (*not specified above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

COPY

**FILED**

APR 1 2 2019

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY:

1  Brian C. Ellis, Esq. (SBN 248298)
   Joshua K. Heim, Esq. (SBN 306608)
2  THE ELLIS FIRM, APLC
   110 West "C" Street, Suite 2100
3  San Diego, California 92101
   Telephone: (619) 291-1235
4  Facsimile: (619) 232-2116
   Brian@TheEllisFirm.com
5  David@TheEllisFirm.com

6  Attorneys for Plaintiff Richard Gibbons

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF MONO

10

11  RICHARD GIBBONS,                    )   CASE NO.  CV190050
                                        )
12               Plaintiff,             )
                                        )
13                                      )   PLAINTIFF RICHARD GIBBON'S
                                        )   COMPLAINT FOR DAMAGES
14       vs.                            )
                                        )
15  SUN MINGCHEN; SIXT RENT A CAR,      )
    LLC; and DOES 1-20, inclusive,      )
16                                      )
                                        )
17               Defendants.            )
                                        )
18                                      )

19       Plaintiff RICHARD GIBBONS alleges the following based upon personal knowledge as

20  to his own acts, and on information and belief as to all other matters.

21       1.       At all times mentioned herein, Plaintiff RICHARD GIBBONS ("Plaintiff") was a

22  resident of the County of San Diego, State of California.

23       2.       Plaintiff has been informed and believes and thereon alleges that at all times

24  mentioned herein, Defendant SUN MINGCHEN (collectively with all other defendants,

25  "Defendants") was, and still is, a resident of the City of Changchun, located in the People's

26  Country of the Republic of China, and was visiting the United States at the time of the herein

27  alleged incident

28       3.       Plaintiff is informed and believes, and thereupon alleges, that at all times

                                      -1-

        PLAINTIFF RICHARD GIBBONS COMPLAINT FOR DAMAGES

1   mentioned herein, Defendant SIXT RENT A CAR, LLC ("SIXT" or collectively with all other

2   defendants, "Defendants") is a business incorporated under the laws of the State of Florida and

3   authorized to do business in the State of California.

4          4.      Defendants DOES 1 through 20, inclusive, are sued herein under fictitious names.

5   Their true names and capacities are unknown to Plaintiff.  When their true names and capacities

6   are ascertained, Plaintiff will amend this complaint by inserting their true names and capacities.

7   Plaintiff is informed and believe and thereon allege that each of the fictitiously named defendants

8   are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages

9   were proximately caused by those defendants.  Each reference in this complaint to "defendant,"

10  "defendants," or a specifically named defendant refers also to all defendants sued under fictitious

11  names.

12         5.      Plaintiff is informed and believes and thereon alleges that defendants SUN

13  MINGCHEN, SIXT and DOES 1-20, inclusive were responsible for creating the conditions which

14  resulted in Plaintiff suffering injury to his person and property as described more fully below.

15         6.      Plaintiff has been informed and believes and thereon alleges that defendants SUN

16  MINGCHEN, SIXT and DOES 1-20, inclusive, are liable in some manner, either by act or

17  omission, negligence, negligence per se, res ipsa loquitor, respondeat superior, employment,

18  agency, breach of statute, or otherwise, for the occurrences herein alleged, and that his injuries,

19  loss, and damages as herein alleged were legally caused by the conduct of defendants SUN

20  MINGCHEN, SIXT and DOES 1-20.

21         7.      Plaintiff has been informed and believes and thereon alleges that all of the events

22  which contributed to the injuries and damages he sustained occurred within the venue of this

23  Honorable Court and the relief sought through this Civil Complaint is in excess of $25,000.00,

24  the jurisdictional minimum of this Court.

25                            **FIRST CAUSE OF ACTION**

26                   **(Negligence Against SUN MINGCHEN and DOES 1-10)**

27         8.      Plaintiff realleges as though fully set forth and incorporates herein by reference,

28  paragraphs 1 through 7 as though fully set forth within.

-2-

**PLAINTIFF RICHARD GIBBONS COMPLAINT FOR DAMAGES**

9.      On or about September 8, 2018, Defendant SUN MINGCHEN drove the rental vehicle he was driving into Plaintiff as he was riding his bicycle.

10.     Defendants SUN MINGCHEN and DOES 1-10 as drivers, operators and/or controllers of their vehicles had a duty to exercise reasonable care in the operation of said vehicle while driving on the public roadways so as not to cause danger and/or injury to the general public, including but not limited to Plaintiff.

11.     The exercise of reasonable care dictated that Defendants SUN MINGCHEN and DOES 1-10, would:

    a.    operate the motor vehicle on the public roadways in a safe fashion,

    b.    operate the vehicle in a manner not likely to cause injury to others,

    c.    observe all traffic conditions, including all bicyclists which were lawfully traveling on the public roadway,

    d.    ensure the motor vehicle was operated on the public roadways in a safe fashion,

    e.    ensure the motor vehicle was operated in a manner not likely to cause injury to others, and

    f.    operate the motor vehicle in compliance with traffic laws.

12.     Defendants SUN MINGCHEN and DOES 1-10 breached the above-referenced duties of reasonable care by failing to ensure that the vehicle was proceeding reasonably safely on the public road, driving in the incorrect traffic lane, attempting to pass a bicyclist on the left while the bicyclist was making a left turn, driving too fast for roadway and traffic conditions, by driving into Plaintiff who was riding his bicycle, and causing the above described accident.

13.     These breaches of duties by Defendants SUN MINGCHEN and DOES 1-10 both proximately and legally caused physical injury, emotional injury, economic injury, and property damage, to Plaintiff.  As a result of his personal injuries, Plaintiff has incurred medical expenses.

14.     As a proximate result of the negligent conduct of Defendants SUN MINGCHEN and DOES 1-10, Plaintiff has sustained special and general damages, in an amount unascertained at this time, but according to proof at the time of trial.

///

-3-

**SECOND CAUSE OF ACTION**

**(Motor Vehicle Owner Liability Against SIXT and DOES 11-20)**

15.     Plaintiff realleges as though fully set forth and incorporates herein by reference, paragraphs 1 through 14 as though fully set forth within.

16.     On or about September 8, 2018, Defendant SUN MINGCHEN crashed into Plaintiff as he was riding his bicycle, while driving a vehicle owned by Defendants SIXT and DOES 11-20. Plaintiff has been informed and believes and thereon alleges that at all times mentioned herein, Defendants SIXT and DOES 11-20 gave permission to drive its vehicle to Defendant SUN MINGCHEN. As a result of the accident, Plaintiff suffered severe injury to his person and property.

WHEREFORE, Plaintiff prays that after due proceedings, judgment be rendered in his favor as against Defendants SUN MINGCHEN, SIXT and DOES 1-20, and each of them, as follows:

1.     For general and special damages in an amount according to proof;

2.     For medical and incidental expenses, including future expenses, according to proof;

3.     For loss of earnings and other incidental expenses according to proof;

4.     For damage to and/or loss of personal property according to proof;

5.     For all costs of suit incurred herein;

6.     For prejudgment interest at the rate allowed by law and in accordance with the provisions of Section 3291 of the Civil Code of California; and

7.     For such other further relief as the Court may deem just and proper.

**THE ELLIS FIRM, APLC**

DATED: April 9, 2019

By: _____
　　　Brian C. Ellis
　　　Attorney for Plaintiff

-4-

**PLAINTIFF RICHARD GIBBONS COMPLAINT FOR DAMAGES**

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MONO

**FILED**

APR 1 2 2019

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY _____

RICHARD GIBBONS,

Plaintiff(s),

vs.

SUN MINGCHEN,

Defendant(s).

CASE NO. CV190050

NOTICE OF FILING COMPLAINT

To Counsel for Plaintiff,

You are hereby notified that the complaint in the above-entitled case was filed on 04/12/19. The defendant in this matter must be served and proof of service must be on file with the court within 60 days from the date the complaint was filed unless an extension is procured from the court. Enclosed herewith is this court's Alternative Dispute Resolution Information Package as required by law commencing July 1, 2001.

Dated: 04/12/19

HECTOR GONZALEZ, JR., Clerk

by_____

PROOF OF SERVICE

I served the foregoing document, on the date and at the place stated below, by depositing a copy thereof, enclosed in a sealed envelope(s), first class postage prepaid, in the United States mail, addressed to each party or his/her attorney as follows:

BRIAN C ELLIS
110 WEST "C" STREET, SUITE 210
0
SAN DIEGO CA 92101

At the time of service, I was at least 18 years of age, a United States citizen employed by the Mono Superior Court, and not a party to the action. My business address is: P.O. Box 1037, Mammoth Lakes, CA 93546

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 04/12/19, at Mammoth Lakes, California.

_____

TIARE KIRKLAND, Deputy Clerk

Form: NFC 10/31/14

age;                                    ch:
                                        \nr

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA **FILED**

IN AND FOR THE COUNTY OF MONO

APR 1 2 2019

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY KAY RICHMOND

RICHARD GIBBONS

                    Plaintiff        CASE NO.  CV190050

vs.

SUN MINGCHEN                         **NOTICE OF CASE MANAGEMENT
                                     CONFERENCE AND ORDER**

                    Defendant        **Judge Assigned for All Purposes:**
                                     **MARK MAGIT**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**
Notice is hereby that a Case Management Conference has been scheduled as follows:

Date:  **10/17/19**       Time:  **9:30**       Location:  **MAMMOTH LAKES**

ORDERS

1.  **You must;**
    a.  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110); (unless served herewith by the court).
    b.  Give notice of this conference to any party not included in this notice and file proof of service;
    c.  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724, no later than 30 calendar days before the date set for the Case Management Conference;
    d.  File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM-110 is <u>mandatory</u>) at least 15 days before the Case Management Conference (CRC 3.725).

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 230. The hearing on the Order to Show Cause re: Sanctions will be set by the clerk's office if proof of service is not filed within 60 days of filing the complaint or at the same time as the Case Management Conference if the clerk's office fails to set the Order to Show Cause Hearing. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Case Management Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date

5.  The Case Management Judge will be the trial judge in this case, unless changed by further order of the court.

*Telephonic appearances at Case Management Conferences are available pursuant to Rule 3.670 of the California Rules
Court. However, telephone appearances will not be allowed unless all requirements in Section 1. above have been met.
accompanying NOTICE REGARDING TELEPHONE APPEARANCES for more information.

Form: NCMC 10/31/14

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO

ALTERNATIVE DISPUTE RESOLUTION (ADR)
INFORMATION PACKAGE

NOTICE TO PLAITIFF(S) AND/OR CROSS-COMPLAINTANT(S):

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution

## WHAT IS ALTERNATIVE DISPUTE RESOLUTION (ADR)?

According to the California Rules of Court, Rule 3.800(1), ADR is a process, other than formal litigation, in which a neutral person or persons resolve a dispute or assist parties in resolving their dispute.

ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

## WHAT ARE THE ADVANTAGES OF USING ADR?

There can be a number of advantages to using ADR over a lawsuit. Because of these advantages, many parties choose ADR to resolve a dispute instead of litigation. ADR has even been used to resolve disputes after a trial, when the result of the trial is appealed.

**ADR can save time:**
A lawsuit can take years, but a dispute utilizing ADR can be resolved in a matter of months, or even weeks.

**ADR can save money:**
By producing quicker settlements, ADR can cut attorney's fees, expert fees and court costs that might otherwise be spent during litigation.

**ADR can permit participation:**
When utilizing ADR, the parties involved may have more of a chance to tell their side of the story and express their own interests and concerns. This is not always the case in the courtroom because in many cases, litigation focuses exclusively on the parties' legal rights and responsibilities.

**ADR can preserve relationships:**
ADR can be less adversarial and therefore a less hostile way to resolve a dispute. This can be more advantageous where parties have a relationship that they would like to preserve.

**ADR can provide more control and flexibility:**
Parties are able to choose the type of ADR that best suits their needs. For example, in mediation, the parties may decide how to resolve their dispute in a way that suits all of the individuals involved.

**ADR can reduce stress and provide satisfaction:**
In a trial, there is typically a winner and a loser. This loser is likely to be unhappy, and even the winner, after possible years of litigation, may not be satisfied with the outcome. ADR can be easier for the parties' mental state and can help the parties find win-win solutions and achieve their real goals. This, along with ADR's other

## NOTICE REGARDING TELEPHONIC APPEARANCES

Pursuant to Rule 3.670 of the California Rules of Court (CRC), the following information is provided to explain how parties can appear by telephone in civil cases as defined in CRC 1.6, unlawful detainers and probate proceedings. "Parties" are any persons "appearing in an action." See CRC 1.6(15) for a detailed explanation of who are "parties."

1. A party may appear by telephone for all case conferences, hearings and other proceedings as set forth in section (c) of CRC 3.670 unless a personal appearance is required by law pursuant to CRC 3.670 (c) or by the discretion of the court pursuant to CRC 3.670 (f) or (g).

2. To appear by telephone, a party must provide proper notice to the court and to all other parties at least two (2) days before the appearance as set forth in CRC 3.670(h).

3. The court has designated the following private vendor to coordinate and provide telephonic appearances:

   COURTCALL, LLC
   6383 Arizona Circle
   Los Angeles, CA 90045
   (888) 882-6878
   (888) 88-COURT

4. CourtCall, LLC, shall charge parties its usual and customary fees for coordinating and providing telephonic appearances.

5. For questions regarding telephonic appearances, please call the Mono County Superior Court at 760.924.5444 or email at mono.civil@monocourt.org.

NTACR 041018

# EXCERPT OF LOCAL RULES AND NOTICE

## CHAPTER 6
### COURT REPORTERS

**RULE 6.1**      The court shall provide a court reporter in all matters statutorily required (felony criminal proceedings, juvenile proceedings, etc.). For Law and Motion calendars, the court may provide a court reporter if the court has sufficient funding. On or before August 31 of each year, the court will make a determination if the court has sufficient funding. The court will publicize that determination in accordance with California Rule of Court 2.956.

*(Effective July 1, 2001; amended effective date of July 1, 2017)*


**RULE 6.2**      In accordance with Gov. Code §68086 and California Rule of Court Rule 2.956, when a party requests a court reporter and the reporter is not required by the foregoing rule or by statute to report the court proceeding, such party shall provide and pay for a certified court reporter approved by the court.

*(Effective July 1, 2001; amended effective date of July 1, 2017)*


**RULE 6.3**      All civil proceedings where the court provides a reporter, including family law proceedings of less than one hour in duration will be reported without cost to any party. A fee for reporting services will be charged for all matters lasting more than one hour.

*(Effective July 1, 2001)*


**RULE 6.4**      Any party requesting a transcript in any civil proceeding, including family law proceedings, shall order from and pay for such transcript directly with the court reporter.

*(Effective July 1, 2001)*

MAY 2 3 2019

**EXHIBIT B**

| | |
|---|---|
| **From:** | Brian Ellis |
| **To:** | CLMSRPTS@nationwide.com; MENNENT1@nationwide.com |
| **Cc:** | Darys Avalos; William Kronenberg; Michael Kvvat; Andrea Beggs |
| **Subject:** | RE: Richard Gibbons - 3rd DEMAND FOR POLICY LIMITS INCLUDING EXCESS OR UMBRELLA POLICY/CLAIM # 01852799-102/DOI- 09/08/2018/YOUR INSURED: MINGCHEN SUN |
| **Date:** | Tuesday, May 21, 2019 10:37:17 AM |
| **Attachments:** | Gibbons.Complaint.04.12.19 (conformed).pdf |

Ms. Mennen:

We filed suit. A courtesy copy of the complaint documents is attached. It is currently out for service, which will take some time in China. Oh well!

I have been instructed by my superiors to make one final demand for the policy limits. For the supportive documents and the language of the demands, I point you to my emails from February 27, 2019 and November 16, 2018, which are below. **In addition, while I am sure you have had the audio translated from Chinese to English, I will point out that the driver was looking at photographs that were taken the day before while he was driving**. That is most likely the reason he never saw my client until impact.

You have sufficient information to evaluate this claim based on this policy limits demand and the policy limits demands from February 27, 2019 and November 16, 2018. **This 3rd and final demand will expire on June 7, 2019.** We will not remind you of this deadline, nor will we inquire as to the status of your investigation as a way of reminding you of the deadline. After the expiration of this demand, it will not be repeated, nor will Richard Gibbons accept this amount in settlement of this claim. In fact, he will be seeking damages greatly in excess of the insurance policy and this demand against Nationwide and your insured. No reasonable request for additional time will be rejected. However, any request for additional time must be in writing, received by the deadline, and supported by specifics; including what witnesses, authorities, documents or information you need that cannot be accessed by the original deadline.

With some percentage of liability (if not all) certain to be apportioned to your insured, six fractured vertebrae and a concussion, amongst other horrible injuries, it is certain that the ultimate judgment against your insured will exceed the policy limits and this settlement offer. Please contact our office by **June 7, 2019** to tender any applicable insurance policies, including excess/umbrella policies. In addition to tendering the policy limits by June 7, 2019, a material part of this demand is that all monies are received by **June 14, 2019**; exactly 1 week after you tender the insurance policies.

Thanks

**Brian C. Ellis**
The Ellis Firm, Aplc
brian@TheEllisFirm.com
TheEllisFirm.com

| **San Diego Office** | **Temecula Office** | **El Centro Office** |
|---|---|---|
| 110 West C Street, Suite 2100 | 27349 Jefferson Ave, Suite 107 | 450 West Main Street |
| San Diego, CA 92101 | Temecula, CA 92590 | El Centro, CA 92243 |
| Toll Free: (800) 724-0807 | Toll Free: (800) 724-0807 | Toll Free: (800) 724-0807 |
| Tel: (619) 291-1235 | Phone: (951) 289-0628 | Phone: (760) 348-8246 |
| Fax: (619) 232-2116 | Fax: (619) 232-2116 | Fax: (619) 232-2116 |

**From:** Brian Ellis
**Sent:** Wednesday, February 27, 2019 12:31 PM
**To:** CLMSRPTS@nationwide.com; MENNENT1@nationwide.com
**Cc:** Darys Avalos <darys@theellisfirm.com>; William Kronenberg <wkronenberg@krolaw.com>
**Subject:** RE: Richard Gibbons - 2ND DEMAND FOR POLICY LIMITS INLCUDING EXCESS OR UMBRELLA POLICY/CLAIM # 01852799-102/DOI- 09/08/2018/YOUR INSURED: MINGCHEN SUN

| **RE:** | Our Client | : | Richard Gibbons |
|---------|------------|---|-----------------|
| | Your Insured | : | Sun Mingchen |
| | Date of Loss | : | 09/8/18 |
| | Policy No. | : | 01852799-102 |

Ms. Mennen:

As you are aware, my client Richard Gibbons was injured in an automobile versus bicycle accident on September 8, 2018. During a bicycle race in which Richard was a participant, your insured drove recklessly eastbound at 45 MPH down the westbound lane of SR-120. Unfortunately for Richard, he attempted to turn left to use the restroom while your insured was blasting past all the race bicyclists in the wrong lane. While the collision report finds Richard at fault for the accident, no reasonable jury would do so. A copy of the Traffic Collision Report is attached as **Exhibit (A)**.

I understand that you possess video of the accident. Why have you chosen not to produce the video? If the video benefits your insured, surely you would have produced the video.

This second policy limits demand is made on behalf of Richard in effort to avoid litigation. As you will recall, this is Richard's first policy limits demand was made on November 16, 2018. In response to the first demand, your attorney, William Kronenberg, sent a rejection on November 23, 2018. That rejection is attached as **Exhibit (B)**.
Please contact our office by **March 22, 2019** to tender any applicable insurance policies, including excess/umbrella policies. In addition to tendering the policy limits by March 22, 2019, a material part of this demand is that all monies are received by **March 29, 2019**; exactly 1 week after you tender the insurance policies.

## I.     Liability

In all actions for negligence resulting in injury to person or property, the contributory negligence of the person injured shall not bar recovery, but the damages awarded shall be diminished in proportion to the amount of negligence attributable to the person recovering. (*Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804)

California is a pure comparative negligence system. In a pure comparative negligence system, an injured person may recover his or her damages even if the injured person was 99% at fault in causing the injury, with those damages reduced by his or her portion of the fault.  For example, in this case; if Richard is found to be 90% responsible and your insured is found 10% responsible, Richard's award would be reduced by his 90% fault in causing the injury, but your insured is still responsible for the other 10% of his injuries. This is an example and is not to be interpreted as our position on liability.

We agree that there is a chance that a jury may place some blame on Richard for this accident.

However, a large percentage of liability lies with your insured for driving recklessly eastbound at 45 MPH down the westbound lane of SR-120 past the racing bicyclists. Liability can only get better from here.

## II.     Damages

Richard suffered four left transverse process fractures at C7, T1, T2 and T5, and two compression fractures at T12 and L1, amongst other injuries. Photographs of Richard are attached as **Exhibit (C)**.

Richard woke up in the CHP helicopter as he was being transported to Renown Medical Center in Reno, Nevada where he spent 3 days inpatient from September 8, 2018 through September 10, 2018. Records and billings from Renown Medical Center are attached as **Exhibit (D)**. Recoverable billings from this provider totals **$25,644**.

While at Renown, Richard was seen by neurosurgeons with Sierra Neurosurgery Group, as well as surgeon Brian Juell, MD with Premiere Surgical Specialists. Records and billings from Sierra Neurosurgery Group are attached as **Exhibit (E)**. Recoverable billings from Sierra Neurosurgery Group total **$748**. Records and billings from Premiere Surgical Specialists are attached as **Exhibit (F)**. Recoverable billings from this provider totals **$787.10**.

On September 12, 2018, Richard was seen at Sharp Rees-Stealy Medical Group in San Diego. He was diagnosed with cervical, lumbar and thoracic vertebral fractures and a concussion. Richard was seen at Sharp Rees-Stealy again on October 2, 2018 for a spine evaluation due to his neck pain, which was described as sharp, dull and aching. Doctors contemplated allowing Richard to remove his cervical collar and indicated he could start PT at 6 weeks post-injury. Richard was seen at Sharp Rees-Stealy again on November 7, 2018 to start PT. He still continues to treat with PT. Richard was seen at Sharp Rees-Stealy with the neurology department on January 8, 2019 due to positional dizziness. The plan at this time is observation. Records and billings from Sharp Rees-Stealy are attached as **Exhibit (G)**.

## III.     Total Demand

We demand the insurance policy limits, including excess/umbrella policy limits. Please contact our office by **March 22, 2019** to tender the applicable insurance policy limits, including excess/umbrella policies. In addition to tendering the policy limits by March 22, 2019, a material part of this demand is that all monies are received by **March 29, 2019**; exactly 1 week after you tender the insurance policies.

## IV.     Liens

If the policy limit is paid, my client will be responsible for the payment, reimbursement, compromise and/or satisfaction of any and all liens, including medical, wage, workers' compensation, property or attorney's fees' liens that could be asserted against Nationwide or your insured. Nationwide and your insured will have no exposure to any third-party liens and no third parties are needed to approve this settlement.

## V.     Deadline

You have sufficient information to evaluate this claim based on this policy limits demand. **This demand will expire on March 22, 2019.** We will not remind you of this deadline, nor will we inquire as to the status of your investigation as a way of reminding you of the deadline. After the expiration of this demand, it will not be repeated, nor will Richard Gibbons accept this amount in settlement of this claim. In fact, he will be seeking damages greatly in excess of the insurance

policy and this demand against Nationwide and your insured. No reasonable request for additional time will be rejected. However, any request for additional time must be in writing, received by the deadline, and supported by specifics; including what witnesses, authorities, documents or information you need that cannot be accessed by the original deadline.

## VI.   <u>Conclusion</u>

"In determining whether a settlement offer is reasonable… the only permissible consideration in evaluating the reasonableness of the settlement offer… is whether, in light of the victim's injuries and probable liability of the insured, the ultimate judgment is likely to exceed the amount of the settlement offer." (Blue *Ridge Ins. Co. v. Jacobson* (2001) 25 Cal.4[th] 490, 498.) With some percentage of liability certain to be apportioned to your insured and six fractured vertebrae and a concussion amongst other horrible injuries, it is certain that the ultimate judgment against your insured will exceed the policy limits and this settlement offer. Please contact our office by **<u>March 22, 2019</u>** to tender any applicable insurance policies, including excess/umbrella policies. In addition to tendering the policy limits by March 22, 2019, a material part of this demand is that all monies are received by **<u>March 29, 2019</u>**; exactly 1 week after you tender the insurance policies.

Sincerely,

**Brian C. Ellis**
The Ellis Firm, Aplc
brian@TheEllisFirm.com
TheEllisFirm.com

| <u>San Diego Office</u> | <u>Temecula Office</u> | <u>El Centro Office</u> |
|---|---|---|
| 110 West C Street, Suite 2100 | 27349 Jefferson Ave, Suite 107 | 450 West Main Street |
| San Diego, CA 92101 | Temecula, CA 92590 | El Centro, CA 92243 |
| Toll Free: (800) 724-0807 | Toll Free: (800) 724-0807 | Toll Free: (800) 724-0807 |
| Tel: (619) 291-1235 | Phone: (951) 289-0628 | Phone: (760) 348-8246 |
| Fax: (619) 232-2116 | Fax: (619) 232-2116 | Fax: (619) 232-2116 |

**From:** Brian Ellis
**Sent:** Friday, November 16, 2018 1:15 PM
**To:** CLMSRPTS@nationwide.com; MENNENT1@nationwide.com
**Cc:** Darys Avalos <darys@theellisfirm.com>
**Subject:** Richard Gibbons - DEMAND FOR POLICY LIMITS INLCUDING EXCESS OR UMBRELLA POLICY/CLAIM # 01852799-102/DOI- 09/08/2018/YOUR INSURED: MINGCHEN SUN

**RE:**      Our Client      :      Richard Gibbons
Your Insured   :   Sun Mingchen
Date of Loss   :      09/8/18
Policy No.      :      01852799-102

Ms. Mennen:

Please be advised the undersigned now represents the interests of Richard Gibbons regarding his September 8, 2018 accident.  This email shall act as a formal revocation of any releases or authorized forms my client may have signed prior to this notice. Please send all future correspondence regarding my client's injuries and damages claim to my San Diego office.

As you are aware, my client Richard Gibbons was injured in an automobile versus bicycle accident on September 8, 2018. During a bicycle race in which Richard was a participant, your insured drove recklessly eastbound at 45 MPH down the westbound lane of SR-120. Unfortunately for Richard, he attempted to turn left to use the restroom while your insured was blasting past all the race bicyclists in the wrong lane. While the collision report finds Richard at fault for the accident, no reasonable jury would do so. A copy of the Traffic Collision Report is attached.

I understand you have a copy of dash cam video of the accident. It was a pretty gruesome accident. Please retain this video footage and forward me a copy as soon as possible.

This policy limits demand is made on behalf of Richard in effort to avoid litigation. Please contact our office by **November 23, 2018** to tender any applicable insurance policies, including excess/umbrella policies, and to provide a completed Affidavit for Sun Mingchen. In addition to tendering the policy limits by November 23, 2018, a material part of this demand is that all monies are received by **November 30, 2018**; exactly 1 week after you tender the insurance policies.

## I.       Liability

In all actions for negligence resulting in injury to person or property, the contributory negligence of the person injured shall not bar recovery, but the damages awarded shall be diminished in proportion to the amount of negligence attributable to the person recovering. (*Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804)

California is a pure comparative negligence system. In a pure comparative negligence system, an injured person may recover his or her damages even if the injured person was 99% at fault in causing the injury, with those damages reduced by his or her portion of the fault. For example, in this case; if Richard is found to be 90% responsible and your insured is found 10% responsible, Richard's award would be reduced by his 90% fault in causing the injury, but your insured is still responsible for the other 10% of his injuries. This is an example and is not to be interpreted as our position on liability.

We agree that there is a chance that a jury may place some blame on Richard for this accident. However, a large percentage of liability lies with your insured for driving recklessly eastbound at 45 MPH down the westbound lane of SR-120 past the racing bicyclists. Liability can only get better from here.

## II.      **Damages**

Richard suffered four left transverse process fractures at C7, T1, T2 and T5, and two compression fractures at T12 and L1, amongst other injuries. Richard woke up in the CHP helicopter as he was being transported to Renown Medical Center in Reno, Nevada where he spent 3 days inpatient from September 8, 2018 through September 10, 2018. Robert has been treating with neurosurgery for follow-up care as he was directed. Diagnostic testing from Renown Medical Center showing the vertebral fractures are attached. The recoverable bills from Renown Medical Center in Reno, Nevada are unknown. However, this is not a medical specials case and the billings from the providers should not affect your decision to tender the policy limits.

## III.     **Total Demand**

We demand the insurance policy limits, including excess/umbrella policy limits. Please contact our office by **November 23, 2018** to tender the applicable insurance policy limits, including excess/umbrella policies. In addition to tendering the policy limits by November 23, 2018, a material part of this demand is that all monies are received by **November 30, 2018**; exactly 1 week after you tender the insurance policies.

## IV.     **Affidavits**

Attached is an Affidavit for Sun Mingchen to complete, sign, date and have notarized. If we do not have

a complete notarized affidavit by November 23, 2018, we will file suit.

### V.      Liens

If the policy limit is paid, my client will be responsible for the payment, reimbursement, compromise and/or satisfaction of any and all liens, including medical, wage, workers' compensation, property or attorney's fees' liens that could be asserted against Nationwide or your insured. Nationwide and your insured will have no exposure to any third-party liens and no third parties are needed to approve this settlement.

### VI.     Deadline

You have sufficient information to evaluate this claim based on this policy limits demand. **This demand will expire on November 23, 2018.** We will not remind you of this deadline, nor will we inquire as to the status of your investigation as a way of reminding you of the deadline. After the expiration of this demand, it will not be repeated, nor will Richard Gibbons accept this amount in settlement of this claim. In fact, he will be seeking damages greatly in excess of the insurance policy and this demand against Nationwide and your insured. No reasonable request for additional time will be rejected. However, any request for additional time must be in writing, received by the deadline, and supported by specifics; including what witnesses, authorities, documents or information you need that cannot be accessed by the original deadline.

### VII.    Conclusion

"In determining whether a settlement offer is reasonable... the only permissible consideration in evaluating the reasonableness of the settlement offer... is whether, in light of the victim's injuries and probable liability of the insured, the ultimate judgment is likely to exceed the amount of the settlement offer." (Blue *Ridge Ins. Co. v. Jacobson* (2001) 25 Cal.4th 490, 498.) With 100 percent liability certain to be apportioned to your insured and six fractured vertebrae amongst other horrible injuries, it is certain that the ultimate judgment against your insured will exceed the policy limits and this settlement offer. Please contact our office by **November 23, 2018** to tender any applicable insurance policies, including excess/umbrella policies, and to provide a completed Affidavit for Sun Mingchen. In addition to tendering the policy limits by November 23, 2018, a material part of this demand is that all monies are received by **November 30, 2018**; exactly 1 week after you tender the insurance policies.

Sincerely,

**THE ELLIS FIRM, APLC**


Brian C. Ellis, Esq.

**Brian C. Ellis**
The Ellis Firm, Aplc
brian@TheEllisFirm.com
TheEllisFirm.com

| **San Diego Office** | **Temecula Office** |
|---|---|
| 110 West C Street, Suite 2100 | 27349 Jefferson Ave, Suite 107 |
| San Diego, CA 92101 | Temecula, CA 92590 |
| Toll Free: (800) 724-0807 | Toll Free: (800) 724-0807 |
| Tel: (619) 291-1235 | Phone: (951) 289-0628 |
| Fax: (619) 232-2116 | Fax: (619) 232-2116 |

**EXHIBIT C**

# National Casualty Company
## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. ___XRO0998983___

Effective Date: ___03/15/2018___
12:01 A.M., Standard Time

Named Insured ___SIXT RENT A CAR___

Agent No. ___05720___

```
UT-COVPG   1-17        Cover Page
XR-D-1   4-13          Supplemental Liability Excess Declarations
UT-SP-2   12-95        Schedule Of Forms and Endorsements
COMMON FORMS

IL 00 17   11-98       Common Policy Conditions
IL 00 21   9-08        Nuclear Energy Excl
UT-74g   8-95          Punitive or Exemplary Dam Excl

AUTO-TRUCKERS-GARAGE FORMS

XR-P-1   11-05         Supplemental Excess Liability Coverage
CA-77   5-01           Sexual/Physical Abuse Exclusion
CA-141   10-13         Hydraulic Fracturing Excl
XR-1   6-05            Common Terms Amended

STATE FORMS

UT-319g-FL   4-04      FL-Amendatory Endorsement

POLICYHOLDER NOTICES

NOTX0178CW   3-16      Claim Reporting Information
NOTN0216FL   11-04     FL-Notice To Policyholders
NOTX0282FL   10-07     FL-Repeal Of No-Fault Law (Midterm)
NOTX0283FL   10-07     FL-Repeal Of No-Fault Law (Renewal)
```

## ADDITIONAL FORMS

**DECLARATIONS**

**SUPPLEMENTAL LIABILITY EXCESS POLICY**
**(AUTO RENTAL COMPANIES ONLY)**

Renewal of
XRO0998961

# National Casualty Company

XRO0998983

Home Office:
Madison, Wisconsin
Administrative Office:
8877 North Gainey Center Drive ▪ Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

**ITEM 1.** POLICYHOLDER AND MAILING ADDRESS:

SIXT RENT A CAR
P.O. BOX 460907
FORT LAUDERDALE, FL  33346

FORM OF POLICYHOLDER'S BUSINESS:
☒ CORPORATION      ☐ PARTNERSHIP
☐ INDIVIDUAL       ☐ OTHER

POLICYHOLDER'S BUSINESS:
DAILY CAR RENTAL

AGENT NAME AND ADDRESS:

HULL & COMPANY, INC.
MILE HIGH MARKETS
8400 E. PRENTICE AVE, SUITE 535
GREENWOOD VILLAGE, CO 80111

Agent No.: 05720      Program No.: NONE

**ITEM 2.** POLICY PERIOD: Policy covers from: 03/15/2018 to: 03/15/2019   365 DAYS
12:01 A.M. Standard Time at the mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM 3.**   LIMIT OF INSURANCE:  The difference between $ 1,000,000 each "accident" and the "minimum financial responsibility liability limits."

OPTIONAL COVERAGES AND LIMIT (When an "x" is placed in the corresponding box):
☐ Personal Injury Coverage: Limits separately stated in the Personal Injury Coverage Endorsement.
☐ Personal Articles Coverage: Limits separately stated in the Personal Articles Coverage Endorsement.

**ITEM 4.**   PREMIUMS:   $2.31 per "rental vehicle" per day to be remitted on an
☐ Annual      ☐ Semiannual      ☐ Quarterly      ☒ Monthly basis.

**ITEM 5.**   ESCROW DEPOSIT:  SEECAO7773908 .

**ITEM 6.**   FORM(S) AND ENDORSEMENT(S): (Made a part of this policy at the time of issue)
See Schedule of Forms and Endorsements.

03/19/18 KM

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM AND FORM(S) AND ENDORSEMENT(S), IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

Includes copyrighted material of TIO Services, Inc., with its permission.
Copyright, TIO Services, Inc., 1998

# National Casualty Company

**ENDORSEMENT
NO.**_____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| XRO0998983 | 03/15/2018 | SIXT RENT A CAR | 05720 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

In consideration of the premium charged, it is agreed that this policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damages also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

If suit is brought against any insured for a claim falling within coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company will afford a defense to such action; however, the Company will have no obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

/
_____     _____
AUTHORIZED REPRESENTATIVE                          DATE

UT-74g (8-95)

HOME OFFICE

Zizt Rent a Car LLC
P.O. Box 8168
6929 Airport Fl. "B"
North Los Angeles   5304354658   XXX

Time out:    05/02/2018 22:34 Los Angeles Int   Contract No: 0000687145
Time in:     05/23/2018 22:00 Los Angeles Int   Rat. No: 0002841217
Return address:   9000 BELLANCA AVE            Registr No: AU-8090270
                  90045-4708, LOS ANGELES

ml level:  34575     Fuel Gauge: 8/8    Veh. Type:  CHEVROLET TAHOE
Car is parked on   R6-r-P-05                Order No:  00007494668
                                            Rat No:  0002333790

Renter 1: Driver              Renter 2: Company
SAM                           SAMSUNG SDS INTERNATIONAL
EZDRGCHEW                     TRAVEL SERVICE CO., LTD.
                              ZIP, XXX
NO 3 PAP IRVINE DISTRICT      86-51 EMPSIDE ROAD
CN 1340      CORONGON         VARSPY DISTRICT, SHAW

Driving licence:  0206811906110 03/22/2011 china
Second Driver:  WG, AIRING, 1340 CORONGON
Rates:   V07860001 SPAN     Agents:  000187793

*******************************************************************
SAMSUNG SDS INTERNATIONAL   Estimated Total Renter 2
------------------------- Number ---- Unit Price ------ Subtot.-------
Rental days              15           Inclusive              A3
*******************************************************************
SAM                        Estimated Total Renter 1
------------------------- Number ---- Unit Price ------ Subtot.-------
Additional driver         15 X        0.00        0.00  USD   A3
*******************************************************************

Rate includes all mis
A3 Sales Tax 9.50%
Total                                              0.00  USD

minimum excess LDW included
Comfy surcharge included
Premium Surcharge Included
Benefits Security Fee Included
San Diego Surtge Fee Included
Loss Damage Waiver included
Rental Facility Charge included
Supplemental Liability Included
Rental Surcharge Included
Vehicle Licence Fee Included
AR Concession Recovery Fee included
Loss Damage Waiver with an excess of    USD    0.00
Theft Protection with an excess of      USD    0.00

Voucher:   10007434658
Payment method: cc                      Mastercard
Card:              0000    5365938588888534  8001 06/25
Authorization:          USD   05/02/2018 256668    260.00
merchant#:              546500000019
Transaction-ID:         3827
Terminal-ID:            10003460
Receipt No:             1570
Sepin-ID:               B0301V5KG14RY3VGZ5PY
AID:                    A0000000041010
VVN:                    0000000000
VIS:                    0000
RC:                     0000
RC:                     5308308S9B3A8835
MAC:                    0010

All designated discounts have been included in the stated final price.
This rate is not eligible for the collection of air miles or bonus points.
This rate is not eligible for the collection of air miles or bonus points.
We offer for an additional charge the following optional products:
Loss Damage Waiver (LDW), Personal Accident Insurance (PAI), Supplemental
Liability Insurance (SLI), Roadside Assistance.
The purchase of optional insurance products is not required to rent the
vehicle. Optional insurance products that we sell may provide coverage that
duplicates coverage provided by your personal automobile liability policy or
by another source of coverage. We are not qualified to evaluate the extent of
your existing auto liability coverage. Optional insurance products are
provided under individual policies issued to you, or issued to you under a
group or master policy issued to us by an insurer authorized to transact the
applicable insurance business in the State of California.
You agree to purchase and pay for LDW, and that you have been informed orally
that the damage waiver may duplicate coverage under your own auto insurance
policy or other coverage. LDW does not cover all instances of damage to the
Vehicle. There are exclusions. Subject to the terms of Paragraph 5 of the
terms and conditions, we will waive your responsibility for damage to, or
loss of, the Vehicle.
You decline to purchase PAI.
You agree to purchase SLI. You acknowledge receiving the summary of the terms
of the SLI policy that is printed on the jacket that holds this Face Page.
SLI does not cover all risks. Please may be exclusions for unauthorized or
intoxicated drivers, or first party uninsured motorist coverage, as coverage
for certain passengers in the vehicle, and other exclusions. Please read the
policy summary.
Authorized Drivers are the only persons permitted to drive the vehicle. If
you permit anyone other than the Renter or an Authorized Driver listed by us
above to drive the Vehicle, we will hold you responsible for damage to the
Vehicle and for damage to others and their property caused by the
unauthorized driver. Damage caused by unauthorized drivers is not covered.
You decline to purchase fuel in advance. You must return the Vehicle with at
least as much fuel as when rented. If the Vehicle is returned with less
fuel than when rented, you will pay us for the fuel used at
USD 6.99 per gallon, plus tax.
This Vehicle's license plate is registered with PATTsA, a California
toll road service. Each time you drive the Vehicle through toll lane ("Toll
Lane"), the license plate is photographed and we are notified that you used
the toll lane. We offer TX, a fee service that permits you to use toll
lanes within California, but you pay by Plate is accepted without paying a toll
at the time you drive through.
NOTE: If a law enforcement officer stops you on a Toll Lane because the Veh-
icle is not equipped with a transponder, you should provide a copy of this
Agreement to the officer and/or direct the officer to contact us at
+1(888)7587-9388. If you rented TX, we will be responsible for any fines
assessed solely because the Vehicle does not have a transponder. You are res-
ponsible for all other tolls and fines assessed to you, or as fees, or the Vehicle
during the rental.
You decline to purchase Roadside Assistance.
You decline to purchase TX and you agree not to drive through automated
express toll lanes. If you use a Express Toll Lane without purchasing TX, you
will pay us our administrative fee of $5.00 plus the applicable toll fee
for each time you use a Express Toll lane during your rental according to the
terms of Paragraphs 4 and 4a of the Terms and Conditions. This fee will be
charged to your credit card account after the close of this rental
transaction.
For Renters picking up a Vehicle at locations servicing an airport: If you do
not have a return airline boarding pass or round trip airline itinerary, (x)
You may not use the Vehicle outside the State of pick-up (as shown on the
Face Page) and (b) You must provide proof of full coverage insurance. If you
drive the Vehicle outside the State of pick-up, we will charge you a fee of
USD 9.50 for each mile the Vehicle has been driven during your rental. If you
have a return airline boarding pass or round-trip airline itinerary,
the conditions "For all other Renters" described below will apply.
For all other Renters: The Vehicle may not be driven outside the States of
California, Arizona, Nevada, Oregon, Utah and Washington (the "Region"). If
the Vehicle is operated outside the Region, we will charge you a fee of
USD 9.50 for each mile the Vehicle has been driven during your rental. The
fee does not limit in any way the total amount or any compensation owed to us
under this agreement.
The Vehicle may not be used in Mexico under any circumstances.
For One-Way Rentals: If you have a reservation for a one-way rental to return
the Vehicle to a State other than the State of pick-up (as shown on the Face
Page), the territorial restrictions described above do not apply. However,
you may only use the Vehicle in the continental United States and British
Columbia, Canada.
We are enrolling you in the Zizt Express Rental Agreement, a program
designed to make your next rental from Zizt proceed more efficiently.
The benefits of the Zizt Master Agreement are given to you at no cost. The
details are explained in Paragraph 13 of the terms and conditions and else-
where on the rental jacket.
Upon handover, vehicle is free from damage except for the damage marked
with an asterisk (*).
*Door, front       : Driver side    dent     up to 0.5 inch
*Door, front       : Driver side    scratch  < 2 inch /down
*Wing / Fender, rear : Passenger side  dent     > 1 inch /width
*Aluminium rim, rear : Passenger side  scratch  < 2 inch /down

Vehicle condition: It is your responsibility to inspect the Vehicle for
damage before leaving our facility. If you discover damage, return to our
office and notify us of the damage.
By signing below, you agree to the Terms and Conditions printed on the rental
jacket and in the terms found on this Face Page, which together constitute
this Agreement. You acknowledge that you have been given an opportunity to
read this Agreement before being asked to sign it, and that all information
is true provided is true and correct.
Your signature constitutes your agreement to purchase the optional products
described above. Your signature allows us to process credit or debit card
vouchers in your name for all amounts due to us under this Agreement.
You permit us to reserve against your card at the beginning of the rental an
amount up to $500.00 and to process your final charges or a deposit, in no
event less than $300, or the amount listed on the Face Page. For Vehicles in
the executive or luxury categories you authorize us to reserve up to $5,000
against your card. We may use your deposit to pay any amounts owed to us
under this Agreement. You authorize us to charge your credit/debit card
after the close of this rental including the rental and parking violations,
and fines or penalties assessed against you, us, or the Vehicle during the
rental plus our administration fee of USD 45.00 for each such charge and to
release your rental and credit/debit card information to the charging
authorities for processing purposes.

Signature:                                         5304394658 3

                    Sam Abychen

*******************************************************************
You have been served by Ms Abycza M
-------------------------------------------------------------------
You want to extend your current rental period or get an overview of your
previous rental You register or log in at www.zizt.com/myzizt, your
online customer portal.
-------------------------------------------------------------------
Thank you for choosing Zizt. Have a pleasant journey!

Internet: www.zizt.com
E-mail: reservations-usa@zizt.com , customerservice-usa@zizt.com
Call: +1(888)749-9227   Fax: +1(888)732-2300
2018-05-02T21.05

# EXHIBIT D

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

| LLC-12 |

18-A02886

# FILED

In the office of the Secretary of State
of the State of California

JAN 03, 2018

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee — $20.00**

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

SIXT RENT A CAR, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201404410092 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1501 NW 49th ST, STE 100 | Fort Lauderdale | FL | 33309 |
| b. Mailing Address of LLC, if different than Item 4a<br>1501 NW 49th ST, STE 100 | Fort Lauderdale | FL | 33309 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>2800 Leavenworth Street, Suite A44 | San Francisco | CA | 94133 |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Daniel | | Florence | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1501 NW 49th ST, STE 100 | Fort Lauderdale | FL | 33309 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** — Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** — Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
CORPORATE CREATIONS NETWORK INC. (C2250455)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Car Rental

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 01/03/2018 | Jade Valdes | Junior Associate Counsel | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐

Company:

Address:

City/State/Zip: ⌊

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

| Attachment to Statement of Information (Limited Liability Company) | LLC-12A Attachment | 18-A02886 |
|---|---|---|

**A.   Limited Liability Company Name**

SIXT RENT A CAR, LLC

This Space For Office Use Only

| **B.   12-Digit Secretary of State File Number** | **C.   State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201404410092 | DELAWARE |

**D.   List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note:  The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Vincent | Todd | Sazera | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1501 NW 49th ST, STE 100 | Fort Lauderdale | FL | 33309 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sebastian | | Birkel | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1501 NW 49th ST, STE 100 | Fort Lauderdale | FL | 33309 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| Entity Name | | | |
|---|---|---|---|
| | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

## CERTIFICATE OF SERVICE

I, Andrea Beggs, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is One Kaiser Plaza, Suite 1675, Oakland, CA 94612.

On June 17, 2019, I served the following document(s) on the parties in the within action:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(B) DIVERSITY BY DEFENDANT SIXT RENT A CAR LLC**

| | |
|---|---|
| X | **BY MAIL**:  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below, and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |

| | |
|---|---|
| Brian C. Ellis<br>Joshua K. Helm<br>THE ELLIS FIRM, APLC<br>110- West "C" Street, Ste. 2100<br>San Diego CA 92101<br>Tel:     (619) 291-1235<br>Fax:    (619) 232-2116<br>brian@theellisfirm.com<br>david@theellisfirm.com | Attorneys for Plaintiff<br>RICHARD GIBBONS |
| Clerk of the Court<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF MONO<br>P.O. Box 1037<br>Mammoth Lakes, CA 93546 | Case No. CV190050 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 17, 2019.

By: _____
    Andrea Beggs

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(B) DIVERSITY BY DEFENDANT SIXT RENT A CAR LLC