UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICHARD GIBBONS,<br><br>                Plaintiff,<br><br>     v.<br><br>SUN MINGCHEN, SIXT RENT A CAR, LLC; and DOES 1-20, inclusive,<br><br>                Defendants. | No. 2:19-cv-01107 WBS AC<br><br>ORDER RE: MOTION TO MODIFY SCHEDULING ORDER |

----oo0oo----

Plaintiff Richard Gibbons brought this negligence action against defendants Sun Mingchen and Sixt Rent a Car after Mingchen's rental car collided with plaintiff's bicycle. (Docket No. 1.) The court issued a scheduling order in this case on October 16, 2019, despite difficulties serving Mingchen in China. (Docket No. 11.) After Mingchen was served, defendants filed a motion to modify the pretrial scheduling order and continue the trial date. (Mot. to Modify (Docket No. 15).) Upon review of defendants' motion to modify, and good cause appearing, it is

1

hereby ORDERED that:

1. The deadline for expert disclosures of December 13, 2019 is hereby vacated and reset for September 24, 2020.
2. The deadline for disclosing rebuttal experts of January 10, 2020 is hereby vacated and reset for October 15, 2020.
3. The deadline for all discovery of February 7, 2020 is hereby vacated and reset for November 13, 2020.  This includes expert and non-expert discovery.
4. The deadline for filing motions of April 13, 2020 is hereby vacated and reset for December 18, 2020.
5. The date of the pretrial conference of June 22, 2020 is hereby vacated and reset for January 19, 2021 at 1:30 p.m.
6. The date of trial of August 18, 2020 is hereby vacated and reset for March 30, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE