Brian C. Ellis, Esq. (SBN 248298)
Joshua K. Helm, Esq. (SBN 306608)
THE ELLIS FIRM, APLC
110 West "C" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 291-1235
Facsimile: (619) 232-2116
Brian@TheEllisFirm.com
Joshua@TheEllisFirm.com

Attorneys for Plaintiff Richard Gibbons

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| RICHARD GIBBONS,<br><br>Plaintiff,<br><br>v.<br><br>SUN MINGCHEN; SIXT RENT A CAR, LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:   2:19-CV-01107-WBS-AC<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL STATEMENT FILING**<br><br>**Pre-Trial Conference: 01/19/21** |

TO THE COURT:

Plaintiff Richard Gibbons' Pretrial Statement was due to be filed on January 5, 2021. Unfortunately, the due date did not make it to the calendar and as a result the filing is late.

Plaintiff and Defendant have a good working relationship and Defendant is agreeable to allow Plaintiff to file his Pretrial Statement late on January 7, 2021.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff be allowed to file his Pretrial Statement on January 7, 2021. Further, that Defendant's Pre-Trial Statement will be due on January 14, 2021.

///

-1-

**STIPULATION AND ORDER TO EXTEND PRETRIAL STATEMENT FILING**

///

The PARTIES HERETO request that the Court sign the [Proposed] Order attached hereto to allow Plaintiff the ability to file his Pretrial Statement on January 7, 2021 and to allow Defendant to file his Pretrial Statement on January 14, 2021.

THE ELLIS FIRM, APLC

Dated: January 6, 2021        By: _____
                                            Brian C. Ellis, Esq.
                                            Attorney for Plaintiff

KRONENBERG LAW

Dated: January 6, 2021        By: _____
                                            William Kronenberg, Esq.
                                            Michael Fox, Esq.
                                            Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2021, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                        _____
                                                        Brian C. Ellis, Esq.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| RICHARD GIBBONS, | Case No.:   2:19-CV-01107-WBS-AC |
| Plaintiff, | |
| v. | **ORDER** |
| SUN MINGCHEN; SIXT RENT A CAR, LLC; and DOES 1-20, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

It is therefore ORDERED, pursuant to the foregoing stipulation to extend Pretrial Statement filing, that Plaintiff's Pretrial Statement shall be filed by January 7, 2021 and Defendant's Pretrial Statement shall filed by January 14, 2021.

Dated: January 7, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND PRETRIAL STATEMENT FILING**