UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICHARD GIBBONS,<br><br>            Plaintiff,<br><br>     v.<br><br>SUN MINGCHEN,<br><br>            Defendant. | No. 2:19-cv-1107 WBS AC<br><br><br>ORDER |

----oo0oo----

    Pursuant to the discussion held with counsel on January 19, 2021, a status conference is set for May 10, 2021 at 1:30 p.m.  The March 30, 2021 trial date is hereby VACATED.  A further pretrial conference and trial date will be set at a later time.  The parties shall file a joint status report no later than fourteen (14) days before the May 10, 2021 status conference.

    Further, the parties have agreed to a settlement conference.  The parties are hereby notified that a Settlement

1

1    Conference is set before the Honorable Deborah Barnes, Magistrate
2    Judge, on March 31, 2021 at 10:00 a.m. in Courtroom 27, 8th Floor
3    (to be held virtually via Zoom, unless otherwise ordered).  Each
4    party is ordered to have a principal with full settlement
5    authority present at the settlement conference or to be fully
6    authorized to settle the matter on any terms.
7           No later than 12:00 p.m. on March 24, 2021, counsel for
8    each party shall submit a Confidential Settlement Conference
9    Statement via email to DBorders@caed.uscourts.gov.  The parties
10   may agree, or not, to serve each other with the Confidential
11   Settlement Conference Statements.  The Confidential Settlement
12   Conference Statements shall not be filed with the clerk and shall
13   not otherwise be disclosed to the trial judge.  However, each
14   party shall e-file a one-page document entitled "Notice of
15   Submission of Confidential Settlement Conference Statement."
16          IT IS SO ORDERED.
17   Dated:  January 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2