UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICHARD GIBBONS, | No. 2:19-cv-1107 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| SUN MINGCHEN, | |
| Defendant. | |

----oo0oo----

Pursuant to the discussion with the parties held at the status conference on June 22, 2021, this case is hereby reset for jury trial on February 1, 2022 at 9:00 a.m. in Courtroom 5. The pretrial conference is reset for December 6, 2021 at 1:30 p.m. in Courtroom 5. Prior to the pretrial conference, the parties shall file revised pretrial statements in accordance with Local Rule 281 and this court's October 16, 2019 scheduling order (Docket No. 11).

1

IT IS SO ORDERED.

Dated: June 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE