```
William S. Kronenberg - 133730
Michael E. Fox - 291949
KRONENBERG LAW PC
One Kaiser Plaza, Suite 1675
Oakland, CA 94612
Tel: (510) 254-6767
Fax: (510) 788-4092
wkronenberg@krolaw.com
mfox@krolaw.com
```

Attorneys for Defendant
SUN MINGCHEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| RICHARD GIBBONS,<br><br>    Plaintiff,<br><br>v.<br><br>SUN MINGCHEN; SIXT RENT A CAR, LLC; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 2:19-CV-01107-WBS-AC<br><br>**ORDER GRANTING TRIAL CONTINUANCE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having considered the Parties' Amended Stipulation to Continue the Trial Date, the Court **HEREBY ORDERS:**

That the current February 1, 2022 trial date, and all associated deadlines contained in the December 7, 2021 Final Pre-Trial Order, are hereby **VACATED**. Trial shall be set for **September 13, 2022, at 9:00 a.m.**, with the Final Pre-Trial Conference set for

**July 18, 2022, at 1:30 p.m.,** both in Courtroom Five on the 14th Floor of the United States Federal Court for the Eastern District of California (Sacramento Division.)

 IT IS FURTHER ORDERED AS FOLLOWS:

 All other aspects of the Court's Final Pretrial Order (Docket No. 47) remain in effect.

**IT IS SO ORDERED.**

Dated:   January 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE