UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICHARD GIBBONS,<br><br>        Plaintiff,<br><br>   v.<br><br>SUN MINGCHEN,<br><br>        Defendant. | No. 2:19-cv-1107 WBS AC<br><br>SUPPLEMENT TO PRETRIAL ORDER |

----oo0oo----

The court held a further pretrial conference with the parties on July 18, 2022. Pursuant to the parties' prior stipulation and the court's order, trial is reset for September 13, 2022. (Docket Nos. 49, 50.) The court hereby ORDERS that all pretrial deadlines set in the Final Pretrial Order (Docket No. 47) are hereby reset and shall be based on the new September 13, 2022 trial date. All other terms of the Final Pretrial Order remain unchanged.

1

1           IT IS SO ORDERED.

2    Dated:  July 19, 2022

3                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE